**on MULTIDISTRICT LITIGATION**

| | | | DIRECT REPLY TO: |
|---|---|---|---|

**CHAIRMAN:**
Judge John G. Heyburn II
United States District Court
Western District of Kentucky

**MEMBERS:**
Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge Anthony J. Scirica
United States Court of Appeals
Third Circuit

**DIRECT REPLY TO:**

Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:          [202] 502-2888
http://www.jpml.uscourts.gov

October 2, 2007

Robert C. Heinemann, Clerk
130 United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201-1818

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y
★ OCT - 9 2007 ★
BROOKLYN OFFICE

Re: MDL No. 1596 -- IN RE: Zyprexa Products Liability Litigation

(See Attached CTO-106)

Dear Mr. Heinemann:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on September 14, 2007. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved counsel is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By
        Mecca S. Thompson
        Deputy Clerk

Attachment

cc:  Transferee Judge:  Judge Jack B. Weinstein
     Transferor Judges:  Judge Edward M. Chen; Judge Elizabeth D. Laporte; Judge Kenneth M. Karas
     Transferor Clerks:  Richard W. Wieking; J. Michael McMahon

JPML Form 36

## INVOLVED COUNSEL LIST (CTO-106)

Samuel J. Abate, Jr.
Pepper Hamilton, LLP
420 Lexington Avenue
Suite 2320
New York, NY 10170-2399

Thomas F. Campion, Jr.
Drinker, Biddle & Reath, L.L.P.
500 Campus Drive
Florham Park, NJ 07932-1047

Phillip Jerome Gardner
00-A-1955
Sullivan Correction Facility
P.O. Box 116
Fallsburg, NY 12733

Nina M. Gussack
Pepper Hamilton, LLP
3000 Two Logan Square
18th & Arch Streets
Philadelphia, PA 19103-2799

Nancy Hersh
Hersh & Hersh
2080 Opera Plaza
601 Van Ness Avenue
San Francisco, CA 94102-6388

Meghan Kathleen Landrum
Reed Smith, LLP
1999 Harrison Street
Oakland, CA 94612-3572

Christopher A. Seeger
Seeger Weiss, LLP
550 Broad Street
Suite 920
Newark, NJ 07102-4573



**A CERTIFIED TRUE COPY**

OCT - 2 2007

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DATED 10 11 07

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 1 4 2007

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

FILED
CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y

★ OCT - 9 2007 ★

BROOKLYN OFFICE

# IN RE: ZYPREXA PRODUCTS LIABILITY LITIGATION

MDL No. 1596

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO-106)

On April 14, 2004, the Panel transferred six civil actions to the United States District Court for the Eastern District of New York for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 314 F.Supp.2d 1380 (J.P.M.L. 2004). Since that time, 1,652 additional actions have been transferred to the Eastern District of New York. With the consent of that court, all such actions have been assigned to the Honorable Jack B. Weinstein.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of New York and assigned to Judge Weinstein.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of New York for the reasons stated in the order of April 14, 2004, and, with the consent of that court, assigned to the Honorable Jack B. Weinstein.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of New York. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

OCT - 2 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

## SCHEDULE CTO-106 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**          **CASE CAPTION**

CALIFORNIA NORTHERN
    CAN  3    07-2826     Steven Rogers v. Eli Lilly & Co.
    CAN  3    07-4232     Nathaniel Pratcher v. Eli Lilly & Co.

NEW YORK SOUTHERN
    NYS  1    07-3982     Phillip Jerome Gardner v. Eli Lilly & Co., et al.